UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAHQUAN SPENCER,

                Plaintiff,

        -against-

LABORATORY CORPORATION OF AMERICA
HOLDINGS, PSYCHEMEDICS CORPORATION,

                Defendants.
------------------------------------------------------------------X

**ORDER**
19-CV-4927 (JMA)(ARL)

JOAN M. AZRACK, District Judge:

      The Court's records reflect that the complaint in this action was filed on August 28, 2019. By letter motion dated September 3, 2019, plaintiff seeks to supplement his complaint by adding a single page, signed by Bernadine Cooley and dated August 30, 2019, that simply states "I declare under perjury penalty that the foregoing list is true and correct." (See Docket Entry 4.) The Court has reviewed the complaint and all of the exhibits thereto. Because it is not clear where plaintiff intends to insert Cooley's declaration, plaintiff's letter motion is denied. If plaintiff seeks to amend his complaint, he may file a complete document in accordance with Federal Rule of Civil Procedure 15 entitled "Amended Complaint" but he may not supplement it piecemeal. Plaintiff is also advised that, in accordance with the E-Government Act of 2002, personal data identifiers shall be redacted to protect the personal privacy of the filer. Because plaintiff's exhibits to the complaint contain his social security number, the Court orders that public access to the exhibits be restricted to parties and court users only. Should plaintiff elect to file an amended complaint, he is directed to redact personal data in accordance with the E-Government Act of 2002, including his social security number, before filing it with the Court.

      In addition, Rule 4(m) of the Federal Rules of Civil Procedure provides:

          If a defendant is not served within 90 days after the complaint is

filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the defendants by **November 26, 2019**, or plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendants along with the summonses and complaint, and shall file proof of service with the Court**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of plaintiff's current addresses may result in dismissal of the case.

**SO ORDERED**.

Dated: September 13, 2019
Central Islip, New York

__/s/ (JMA)_____
Joan M. Azrack
United States District Judge