UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAHQUAN SPENCER,

                          Plaintiff,

         -against-                               **REPORT AND**
                                                                   **RECOMMENDATION**
                                                                    CV 19-4927 (JMA) (ARL)

LABORATORY CORPORATION OF AMERICA
HOLDINGS  PSYCHEMEDICS CORPORATION,

                          Defendant.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the Court, on automatic referral from District Judge Azrack, is *pro se* Plaintiff's motion pursuant to Federal Rules of Civil Procedure 15(2)(B), seeking to amend the complaint to redact social security numbers and information related to minors and to include a third-party declaration.  No opposition has been filed.  For the reasons set forth below, the undersigned recommends that Plaintiff's motion be denied as moot.

## BACKGROUND

      *Pro se* Plaintiff filed the original complaint in this matter on August 28, 2019.  ECF No. 1.  On September 3, 2019, Plaintiff filed a letter motion asking permission to supplement the complaint. ECF. 4.  By Order dated September 13, 2019, Judge Azrack denied Plaintiff's request to supplement his complaint by adding a single page, signed by Bernadine Cooley and directed that Plaintiff may file an amended complaint in accordance with Federal Rule 15.  ECF No. 5.   Additionally, Judge Azrack ordered that "public access to the exhibits be restricted to parties and court users only."  *Id.*  Finally, Judge Azrack pointed out that "[s]hould plaintiff elect to file an amended complaint, he is directed to redact personal data in accordance with the E-Government Act of 2002, including his social security number, before filing it with the Court." *Id*.

      By letter motion filed on October 10, 2019, Plaintiff filed a motion to amend the complaint pursuant to Rule 15(B)(2).  ECF No. 13.  No opposition was filed by either Defendant.

## DISCUSSION

      Federal Rule of Civil Procedure 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b)."  Here, Defendant Laboratory Corporation of America Holdings filed its answer on October 1, 2019 and Defendant Psychemedics Corporation filed a letter seeking permission to move to dismiss the complaint on September 27, 2019.  Plaintiff's letter motion was filed on October 10, 2019, within the 21-day period for amendment as of right as set forth in Rule 15(a)(1)(B).  Accordingly, it is respectfully recommended that

Plaintiff's motion be denied as moot since he was entitled to file an amended complaint as of right.

Although Plaintiff failed to file the proposed amended complaint along with his motion as required, *see, e.g., Caro v. Weintraub*, 2010 U.S. Dist. LEXIS 116492, 2010 WL 4514273, at *8 (D. Conn. Nov. 2, 2010), the Court recommends that Plaintiff be afforded 30 days to file the amended complaint.

## OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. Such objections shall be filed with the Clerk of the Court via ECF, except in the case of a party proceeding *pro se*. *Pro se* Plaintiff Jahquan Spencer must file his objections in writing with the Clerk of the Court within the prescribed time period noted above. Failure to file objections within this period waives the right to appeal the District Court's Order. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; *Mejia v. Roma Cleaning, Inc.*, No. 17-3446, 2018 U.S. App. LEXIS 28235, 2018 WL 4847199, at *1 (2d Cir. Oct. 5, 2018) ("Plaintiff has waived any objections to the Magistrate's finding" by failing to timely object); *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.*, 596 F.3d 84, 92 (2d Cir. 2010); *Beverly v. Walker,* 118 F.3d 900, 902 (2d Cir. 1997). Counsel for Defendants is directed to serve a copy of this Order upon pro se Plaintiff forthwith and file proof of service on ECF.

Dated: Central Islip, New York
December 4, 2019

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge